N. Y. S. 661, decided November 6, 1914. See, also, 150 N. Y. Supp. 1114.

SUTTON, Respondent, v. STORY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Ernest Sutton against Frank Story. No opinion. Judgment and order affirmed, with costs.

SWANSON, Respondent, v. VON HOVELING AMERICAN COMPOSITION CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Charles O. Swanson against the Von Hoveling American Composition Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents, on account of the refusal of the court to charge as requested at folio 238.

TASHJIAN, Respondent, v. SPENGEMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Mariam Tashjian, as administratrix, against Edward A. Spengeman. D. Steckler, of New York City, for appellant. G. S. Kebabian, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the finding of defendant's negligence and of decedent's freedom from contributory negligence are against the evidence. Settle order on notice.

INGRAHAM, P. J., concurs in result.

TAYLOR, Respondent, v. NIGHTINGALE, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Edward M. Taylor against Charles T. Nightingale and another. Action No. 1. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs. See, also, 151 N. Y. Supp. 1147.

TAYLOR, Respondent, v. NIGHTINGALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Edward M. Taylor against Charles T. Nightingale and another. Action No. 2. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs. See, also, 151 N. Y. Supp. 1147.

THOMSON, Appellant, v. JACKSON-STEINWAY CO., Respondent, et al. (Supreme Court; Appellate Division, First Department. February 5, 1915.) Action by Burton Thomson against the Jackson-Steinway Company, impleaded. P. Bonynge, of New York City, for appellant. B. Scharps, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

TIERNEY, Respondent, v. RUPPERT, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Thomas P. Tierney against Jacob Ruppert.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that there is no evidence of actual malice. CARR, J., not voting.

In re TILBURY. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) In the matter of the accounting of Dora C. Stephens Tilbury, as executrix, etc., of Walter A. Stephens, deceased. No opinion. Decree affirmed, with costs.

TOLTEC MEXICAN OIL CO., Appellant, v. EAST COAST OIL CO., S. A., Respondent, et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Toltec Mexican Oil Company against the East Coast Oil Company, S. A., impleaded with others. C. G. Walter, of New York City, for appellant. J. A. Haughwout, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOMPKINS v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by William M. Tompkins against the Interboro Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 219.

TOMPKINS COUNTY FIRE INS. CO., Respondent, v. MALONEY, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by the Tompkins County Fire Insurance Company against J. Edward Maloney. No opinion. Judgment unanimously affirmed, with costs.

TOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Bertha Tompson against Edward Thompson. No opinion. Motion denied. The decision of this court dismissed the complaint for failure of proof, and not upon the merits.

TOMS, Respondent, v. TOWN OF NEWFANE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Imo W. Toms against the Town of Newfane. No opinion. Motion to amend order of reversal (155 App. Div. 881, 139 N. Y. Supp. 1147), so as to state that the reversal was made upon questions of law only, and that the facts had been examined and no error found therein, denied, without costs. See, also, 155 App. Div. 948, 140 N. Y. Supp. 1148.

TOTH, Respondent, v. HORSFALL, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by John Toth against William H. Horsfall. No opinion. Motion to dismiss appeal granted, with costs.